SECOND DEPARTMENT, JUNE, 1969

(June 17, 1969)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDGARD ANDRE, Relator, v. WARDEN, QUEENS COUNTY HOUSE OF DETENTION FOR MEN, Respondent.— Application for a writ of habeas corpus denied. Christ, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.